# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LEANNA K.

_____ )
*Plaintiff* )
v. )
COMMISSIONER OF SOCIAL SECURITY, )
)
)
_____ )
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 12, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   2:17-CV-344-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED.  Plaintiff's Motion for Summary Judgment
(ECF No. 15) is DENIED.  The Commissioner's decision is Affirmed.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Lonny R. Suko _____ on Motions for Summary Judgment
(ECF Nos. 15 and 17).

Date:  September 12, 2018

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____